# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 474 MAL 2023
            :
    Petitioner :
            : Cross Petition for Allowance of
            : Appeal from the **Unpublished**
    v.           : **Memorandum and Order** of the
            : Superior Court at No. 1772 EDA
            : 2022 entered on August 18, 2023,
EDWARD T. ROSS,       : **affirming, vacating and**
            : **remanding** the Judgment of
    Respondent     : Sentence of the Delaware County
            : Court of Common Pleas at No. CP-
            : 23-CR-0001450-2020 entered on
            : May 16, 2022

## ORDER

**PER CURIAM**               **DECIDED: August 9, 2024**

  **AND NOW**, this 9th day of August, 2024, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).